## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| JANET GRAVES, surviving widow and next of kin of NATHAN GRAVES, | ) ) |   |
|---|---|---|
| Plaintiff, | ) |   |
| v. | ) | Case No. CIV-19-60-SLP |
|   | ) |   |
| PENNSYLVANIA MANUFACTURERS' INDEMNITY CO. & AMERICAN CLAIMS MANAGEMENT, INC., | ) ) ) |   |
|   | ) |   |
| Defendant. | ) |   |

### PLAINTIFF'S EXPERT WITNESS LIST

**COMES NOW** the Plaintiff and identifies the following list of experts:

| No. | Name / Address | Proposed Testimony |
|---|---|---|
| **1.** | Debbie Rankin<br>1300 N.E. 70th St.<br>Oklahoma City, OK  73111<br>405-831-2893 | See Expert Witness Report attached as Exhibit 1. |
| **2.** | James Lowe<br>OHP Trooper<br>Oklahoma Highway Patrol, Troop A<br>2480 W. I-240 Frontage Rd.<br>Oklahoma City, OK  73159<br>405-425-2323 | This Trooper is not a hired or retained expert.  He was part of the investigation.  It is not expected that the facts of how the accident happened are in contention.  This is a fact witness who will express opinions that are part of his official duties.  This witness is listed on Plaintiff's witness list as well. |
| **3.** | Charles Miller<br>OHP Trooper<br>Oklahoma Highway Patrol, Troop A<br>2480 W. I-240 Frontage Rd.<br>Oklahoma City, OK  73159<br>405-425-2285 | This Trooper is not a hired or retained expert.  He was part of the investigation.  It is not expected that the facts of how the accident happened are in contention.  This is a fact witness who will express opinions that are part of his official duties.  This witness is listed on Plaintiff's witness |

|   |   |   |
|---|---|---|
|   |   | list as well. |
| 4. | James Loftis<br>OHP Trooper<br>Oklahoma Highway Patrol, Troop A<br>2480 W. I-240 Frontage Rd.<br>Oklahoma City, OK  73159 | This Trooper is not a hired or retained expert.  He was part of the investigation.  It is not expected that the facts of how the accident happened are in contention.  This is a fact witness who will express opinions that are part of his official duties.  This witness is listed on Plaintiff's witness list as well. |
| 5. | Matthew White<br>OHP Trooper<br>Oklahoma Highway Patrol, Troop A<br>2480 W. I-240 Frontage Rd.<br>Oklahoma City, OK  73159 | This Trooper is not a hired or retained expert.  He was part of the investigation.  It is not expected that the facts of how the accident happened are in contention.  This is a fact witness who will express opinions that are part of his official duties.  This witness is listed on Plaintiff's witness list as well. |
| 6. | Bobby Raines<br>OHP Trooper<br>Oklahoma Highway Patrol, Troop A<br>2480 W. I-240 Frontage Rd.<br>Oklahoma City, OK  73159 | This Trooper is not a hired or retained expert.  He was part of the investigation.  It is not expected that the facts of how the accident happened are in contention.  This is a fact witness who will express opinions that are part of his official duties.  This witness is listed on Plaintiff's witness list as well. |

RESPECTFULLY SUBMITTED THIS _____ DAY OF _____, 2019.

        The BERRY LAW FIRM

        s/  Howard K. Berry, III
        Howard K. Berry, III, OBA #754
        P.O. Box 892516
        Oklahoma City, OK  73189-2516
        Telephone:  405-524-1040
        Facsimile:
        E-mail:  hkb3@coxinet.net
        *Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on the _____ day of _____, 2019, I filed the attached document with the Clerk of Court.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

        s/  Howard K. Berry, III