# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANET GRAVES, surviving widow and next of kin of NATHAN GRAVES,<br><br>      Plaintiff,<br>v.<br><br>PENNSYLVANIA MANUFACTURERS' INDEMNITY CO., and AMERICAN CLAIMS MANAGEMENT, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. CIV-19-60-SLP<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' EXPERT WITNESS LIST

Pursuant to the Scheduling Order in this case (Doc. 12), the defendants, Pennsylvania Manufacturers' Indemnity Company and American Claims Management, Inc., submit this expert witness list.

| No. | Name and Address | Expected Testimony |
|---|---|---|
| 1. | Arthur T. Bates, SCLA<br>1325 Smiling Hill Boulevard<br>Edmond, OK 73103 | Mr. Bates is expected to rebut, if necessary, the testimony of plaintiff's proposed expert Deborah Rankin, and to otherwise testify as an expert on insurance claim handling. His report is attached. |

Respectfully submitted,

s/ Daniel E. Gomez
Daniel E. Gomez, OBA No. 22153
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, OK  74172-0148
Phone: (918) 586-8984
Fax: (918) 586-8311
Email: dgomez@cwlaw.com

*Attorney for Defendants, Pennsylvania Manufacturers Indemnity Co. and American Claims Management, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 12th day of August, 2019, the foregoing document was filed with the Clerk of Court using the court's CM/ECF system and that the following participants in this case are registered CM/ECF users and will be served using the CM/ECF system.

Howard K. Berry, III, Esq.
V. Ronald Frangione, Esq.

      s/ Daniel E. Gomez
Daniel E. Gomez