# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANET GRAVES, surviving widow and next of kin of NATHAN GRAVES, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. CIV-19-60-SLP |
| PENNSYLVANIA MANUFACTURERS' INDEMNITY CO., and AMERICAN CLAIMS MANAGEMENT, INC., | ) ) ) ) ) |
| Defendants. | ) |

## MINUTE SHEET OF PROCEEDINGS
☒ **CIVIL HEARING** – ☐ **CRIMINAL HEARING**

| **Honorable Scott L. Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Court Reporter:  N/A | Date proceedings held: October 28, 2019 @ 1:00 p.m.<br>Time in Court:  1 hour |

| Appearance for plaintiff(s):  Howard K. Berry, III | Appearance for defendant(s):  Daniel E. Gomez |
|---|---|

**HEARING CONCLUDED:** ☒ **Yes**;  ☐ **No**;

**Type of Hearing held:**
  ☐ **Motion Hearing**;  ☐ **Show Cause/Contempt Hearing**;  ☐ *Daubert* **Hearing**;
  ☒ **Pretrial Conference**;  ☐ **Docket Call**;  ☐ **Oral Arguments**;  ☐ **Status Conference**;  ☐ **Other**;

> Pretrial Conference Hearing held on: October 28, 2019 at 1:00 p.m. – Jury Selection scheduled for November 5, 2019 at 9:30 a.m., with trial starting immediately following.  Opening statements are limited to 15 minutes.  The parties were directed to file a revised Final Pretrial Order by noon on October 30, 2019 and to submit their exhibits in electronic format to the Courtroom Deputy by noon on November 1, 2019.

| ☐ **Motion Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Discovery Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Evidentiary Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
|---|---|---|
| ☐ **Miscellaneous Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Show Cause Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Telephone conference**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Informal conference held**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Trial Status**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Other**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Evidence entered**; | ☐ **Witness testimony heard;** | ☐ **Oral arguments  only;** |

**Status of Proceedings (Required if one of the above is selected):**

| ☐ Completed by Jury Verdict; | ☐ Jury Selection only, continued; | ☐ Continued from previous month; |
|---|---|---|
| ☐ Jury Selection or Verdict only; | ☐ Directed Verdict; | ☐ Mistrial; |
| ☐ Evidence Entered; | ☐ Guilty; | ☐ Findings from the Bench; |
| ☐ None; | ☐ Written Order to follow; | ☐ Proceedings continued to: |
| ☐ Issue Settled/Resolved; | ☐ Continued proceedings from: | ☐ Court Adjourned; |