The Jury Has Come to a Verdict.

11-7-19        X Jose Arredondo

- The Jury has reached a Verdict

11-8-19        x *Jose Arredondo*